# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Robert B. Beale,

        Plaintiff,                      **ORDER**

   v.                                      Civ. No. 06-1812 ADM/AJB

United States of America,

        Defendant.

_____

Robert B. Beale, *pro se*.

Timothy C. Rank, Esq., Assistant United States Attorney, Minneapolis, MN, on behalf of Defendant.

_____

On August 10, 2006, oral argument before the undersigned United States District Judge was heard on Defendant United States of America's Motion to Dismiss [Docket No. 17] this civil suit.  Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant's Motion is **GRANTED**.

     **LET JUDGMENT BE ENTERED ACCORDINGLY.**

                             BY THE COURT:


                             _____s/Ann D. Montgomery_____
                             ANN D. MONTGOMERY
                             U.S. DISTRICT JUDGE

Dated:  August 10, 2006.